NO. 07-06-0186-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 9, 2006
_____

ROBERT EARL PATTERSON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 108th DISTRICT COURT OF POTTER COUNTY;

NO. 52,286-E; HONORABLE ABE LOPEZ, JUDGE
_____

Before REAVIS and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Pursuant to a plea of guilty, appellant Robert Earl Patterson was convicted of possession of a controlled substance, enhanced. Proceeding *pro se*, appellant filed notice of appeal challenging the conviction.

We have received a certification of right of appeal by which the trial court certified that the underlying case was a plea-bargain case with no right of appeal. By letter, dated July 12, 2006, this Court notified appellant that the certification indicated that he had no right of appeal. In this letter, we further notified appellant that the appeal was subject to

dismissal unless he provided this Court with an amended certification providing that he has the right of appeal or otherwise demonstrates that there exists other grounds for continuing the appeal by August 1, 2006.  See TEX. R. APP. P. 25.2(a)(2), (d); Stowe v. State, 124 S.W.3d 228, 232 (Tex.App.–El Paso 2003, no pet.).  No amended certification reflecting a right to appeal has been filed and appellant has failed to demonstrate other grounds for continuing the appeal.

Therefore, the appeal is dismissed.


Mackey K. Hancock
Justice


Do not publish.